**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

In re: ROY KENNETH BRYANT, JR                          Case No. 15-12611
        JENNIFER BRYANT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Citibank, N.A., as trustee for CMLTI Asset Trust | LSF9 Master Participation Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 9696

Court Claim # (if known): 7-3
Amount of Claim: $515,086.62
Date Claim Filed: 07/21/2017


Phone: 800-401-6587
Last Four Digits of Acct. #: 5694

Name and Address where transferee payments
should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 9696

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ketan Sawarkar
    AIS Portfolio Services, LP.                    Date: 11/06/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | | | |
|---|---|---|---|
| Case Name: | ROY KENNETH BRYANT, JR | ) | Case No.   15-12611 |
| | JENNIFER BRYANT | ) | Judge:   Brendan Linehan Shannon |
| | | ) | Chapter:   13 |
| | Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 11/06/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 11/06/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
ROY KENNETH BRYANT, JR
JENNIFER BRYANT
240 DARLING FARM RD,
CAMDEN WYOMING, DE 19934

I hereby certify that on 11/06/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
MICHAEL B JOSEPH
824 MARKET STREET, PO BOX 1351
WILMINGTON, DE 19899

Debtor's counsel:
DOROSHOW PASQUALE KRAWITZ & BHAYA
ERIC M DOROSHOW
1202 KIRKWOOD HIGHWAY,
WILMINGTON, DE 19805

All Parties in Interest
All Parties requesting Notice

By:  /s/ Ketan Sawarkar
Ketan Sawarkar, AIS Portfolio Services, LP.
Transferee/Transferee's Agent