**Fill in this information to identify the case:**

Debtor 1    Roy Kenneth Bryant, Jr.

Debtor 2    Jennifer Bryant
(Spouse, if filing)

United States Bankruptcy Court for the District of DELAWARE

Case number 15-12611-BLS

# Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citibank, N.A., as trustee for CMLTI Asset Trust

**Last 4 digits** of any number you use to identify the debtor's account: 9696

**Court claim no.** (if known): 7-3

**Date of payment change:** 3/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $2,395.24
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $549.67      New escrow payment: $563.61

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                New interest rate:

   Current principal and interest payment:      New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment        New mortgage payment:

Debtor 1 <u>Roy Kenneth Bryant, Jr.</u>　　　　　　　　　　　　　　Case number *(if known)* <u>15-12611-BLS</u>
　　　　　Print Name　Middle Name　Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/　　Erin Elam　　　　　　</u>　　　　Date　<u>　　01/31/2020　　　　</u>
　Signature

| | | | |
|---|---|---|---|
| Print | <u>　　　　Erin Elam　　　　　　　　　　　　　　</u> | Title | Authorized Agent for Creditor |
| | First Name　　Middle Name　　Last Name | | |
| Company | RAS Crane, LLC | | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u> | | |
| | Number　Street | | |
| | <u>Duluth  GA 30097　</u> | | |
| | City　　　　　　　　　　　State　ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>eelam@rascrane.com</u> |

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___February 5, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Eric M. Doroshow
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

Roy Kenneth Bryant, Jr.
240 Darling Farm Rd
Camden Wyoming, DE 19934

Jennifer Bryant
240 Darling Farm Rd
Camden Wyoming, DE 19934

Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

U.S. Trustee
Office of United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

> RAS Crane, LLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
>
> By: /s/ Kimberly Meador_____
>     Kimberly Meador
>     Email: kmeador@rascrane.com

# FAY SERVICING

PO Box 619063
Dallas, TX 75261-9063

ROY KENNETH BRYANT-JR
240 DARLING FARM RD
CAMDEN DE  19934-1445

## ESCROW ACCOUNT DISCLOSURE STATEMENT

Loan Number:
Analysis Date: 12/03/2019

**Customer Service** 1-800-495-7166
Monday-Thursday 8:00 a.m. to 9:00 p.m. CT
Friday 8:30 a.m. to 5:00 p.m. CT
Saturday 10:00 a.m. to 4:00 p.m. CT

|  | PRESENT PAYMENT | NEW PAYMENT effective 03/01/2020 |
|---|---|---|
| Principal & Interest | $1,831.63 | $1,831.63 |
| Escrow Payment | $549.67 | $540.93 |
| Escrow Shortage | $0.00 | $22.68 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$2,381.30** | **$2,395.24** |

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

### UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $6,491.14 / 12 months = $540.93.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a shortage of $272.11 because the Projected Low Point of $809.75 plus the escrow adjustment* <u>is less than</u> the Required Low Point of $1,081.86.
*An Escrow Adjustment of $0.00, scheduled to be repaid through the bankruptcy, is included in this calculation.
You have a shortage that is less than one month's escrow payment, you may pay the shortage in full within the next 30 days using the enclosed escrow payment coupon, or you may spread the shortage over the next 12 monthly payments.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $1,831.63 |
| Escrow Payment | $540.93 |
| Escrow Shortage | $22.68 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$2,395.24** |
| Effective Date | 03/01/2020 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 3,514.38 | 3,786.49 |
| Mar-20 | 540.93 | .00 |  | 4,055.31 | 4,327.42 |
| Apr-20 | 540.93 | .00 |  | 4,596.24 | 4,868.35 |
| May-20 | 540.93 | .00 |  | 5,137.17 | 5,409.28 |
| Jun-20 | 540.93 | .00 |  | 5,678.10 | 5,950.21 |
| Jul-20 | 540.93 | .00 |  | 6,219.03 | 6,491.14 |
| Aug-20 | 540.93 | .00 |  | 6,759.96 | 7,032.07 |
| Sep-20 | 540.93 | 2,885.14 | COUNTY TAX | 4,415.75 | 4,687.86 |
| Sep-20 | .00 | 3,606.00 | HOMEOWNERS I | (c) 809.75 | (b) 1,081.86 |
| Oct-20 | 540.93 | .00 |  | 1,350.68 | 1,622.79 |
| Nov-20 | 540.93 | .00 |  | 1,891.61 | 2,163.72 |
| Dec-20 | 540.93 | .00 |  | 2,432.54 | 2,704.65 |
| Jan-21 | 540.93 | .00 |  | 2,973.47 | 3,245.58 |
| Feb-21 | 540.93 | .00 |  | 3,514.40 | 3,786.51 |
| **TOTAL** | **$6,491.16** | **(a) $6,491.14** |  |  |  |

### IMPORTANT MESSAGES

ACH Debit Borrowers:  You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable).  Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein.  Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop.  Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are Monday-Thursday 8 A.M. -  9 P.M.  Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST.  Call today: 1-800-495-7166.  NMLS ID#          NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

---

DETACH COUPON HERE

## ESCROW SHORTAGE PAYMENT COUPON

**Fay Servicing**

ROY KENNETH BRYANT-JR

Account Number: 

If you have an escrow shortage and choose to pay the shortage in full, please submit this payment coupon with your check payable to Fay Servicing, LLC.

Escrow Shortage Payment

Fay Servicing, LLC
P.O. BOX 809441
CHICAGO, IL 60680-9441

Total Amount Enclosed  $ 

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

Loan Number: [REDACTED]    ACCOUNT HISTORY    Date: 12/03/2019

This is a statement of actual activity in your escrow account from 10/06/2019 through 02/29/2020. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | | ESCROW BALANCE ACTUAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 0.00 | | -333.31 | |
| 11/19 | | 549.67 | | | | | | 0.00 | < | 216.36 | < |
| 12/19 | | 2,198.68 | E | | | E | | 0.00 | | 2,415.04 | |
| 01/20 | | 549.67 | E | | | E | | 0.00 | | 2,964.71 | |
| 02/20 | | 549.67 | E | | | E | | 0.00 | | 3,514.38 | |
| TOTAL | $0.00 | $3,847.69 | | $0.00 | $0.00 | | | | | | |